IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                )
                                      )
**CHRISTOPHER S. WARNER,**            )   Case No. 06-M-6072-CJP
                                      )
Debtor.                               )   Bankruptcy No. 04-34616
                                      )

## ORDER

**PROUD, Magistrate Judge:**

The terms of the bond having been exonerated, the Court hereby orders that the bond in the amount of $600.00 be released pursuant to the terms of the Affidavit of Ownership dated July 25, 2006.

**IT IS SO ORDERED.**

**DATE:  August 30, 2006.**

*/s/ Clifford J. Proud*
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**